NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO.  A-0688-15T1

IN THE MATTER OF THE ADOPTION
OF THE MONROE TOWNSHIP HOUSING
ELEMENT AND FAIR SHARE PLAN
AND IMPLEMENTING ORDINANCES

> **APPROVED FOR PUBLICATION**
>
> **November 25, 2015**
>
> **APPELLATE DIVISION**

_____

Submitted November 17, 2015 — Decided November 25, 2015

Before Judges Fisher, Espinosa and Rothstadt.

On appeal from the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. L-3365-15, reported at ___ N.J. Super. ___ (Law Div. 2015).

John J. Hoffman, Acting Attorney General, attorney for appellant Department of Community Affairs (Robert T. Lougy, Assistant Attorney General, of counsel; Geraldine Callahan, Deputy Attorney General, on the brief).

Jerome J. Convery and Shain, Schaffer & Rafanello, P.C., attorneys for respondent Township of Monroe (Mr. Convery and Marguerite M. Schaffer, of counsel; Ms. Schaffer and Jose Rivera-Benitez, on the brief).

Fair Share Housing Center, attorneys for respondent Fair Share Housing Center (Kevin D. Walsh, on the brief).

PER CURIAM

In the wake of <u>In re N.J.A.C. 5:96 & 5:97</u>, 221 <u>N.J.</u> 1 (2015), and <u>In re Failure of the Council on Affordable Housing To Adopt Trust Fund Commitment Regulations</u>, 440 <u>N.J. Super.</u> 220 (App. Div. 2015), the trial court denied the motion of the Department of Community Affairs to intervene in this action, which was commenced by the Township of Monroe for a judgment declaring its housing plan presumptively valid. The DCA sought to file a counterclaim seeking an accounting and turnover of Monroe's affordable housing trust funds based on an allegation that Monroe failed "to spend or commit to spend" the funds in the time prescribed by <u>N.J.S.A.</u> 52:27D-329.2(d) and -329.3(b).

We granted leave to appeal and now affirm substantially for the reasons set forth in Judge Douglas K. Wolfson's well-reasoned and comprehensive written opinion reported at __ <u>N.J. Super.</u> __ (Law Div. 2015).

Affirmed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION